IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, et al., <br><br> Plaintiffs, <br><br> v. <br><br> AGILA SPECIALTIES, INC., et al., <br><br> Defendants. | Civil No. 15-6039 (RMB/KMW) <br><br> **ORDER** |
| ASTRAZENECA PHARMACEUTICALS LP, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MYLAN PHARMACEUTICALS INC., et al., <br><br> Defendants. | Civil No. 15-7009 (RMB/KMW) <br><br> **ORDER** |

THIS MATTER comes before the Court upon mutual consent given by the parties during the December 7, 2015 telephone conference with the Court to consolidate AstraZeneca Pharmaceuticals LP, et al. v. Agila Specialties, Inc., et al., Civ. No. 15-6039, and AstraZeneca Pharmaceuticals, LP v. Mylan Pharmaceuticals Inc., et al., Civ. No. 15-7009.  It appearing that the above-captioned matters involve common questions of law and fact in so much as they are actions for patent infringement

arising out of the Defendants filing of Abbreviated New Drug Applications seeking approval to market generic versions of the Plaintiff's FASLODEX® product prior to the expiration of the Plaintiff's U.S. Patent Nos. 6,774,122, 7,456,160, 8,329,680, and 8,466,139.

ACCORDINGLY, **IT IS** on this, the **8th** day of **December 2015**, hereby

**ORDERED** that, pursuant to Federal Rule of Civil Procedure 42(a), AstraZeneca Pharmaceuticals LP, et al. v. Agila Specialties, Inc., et al., Civ. No. 15-6039, and AstraZeneca Pharmaceuticals, LP v. Mylan Pharmaceuticals Inc., et al., Civ. No. 15-7009, are hereby consolidated for all purposes under Civil Action No. 15-6039, and that AstraZeneca Pharmaceuticals LP, et al. v. Agila Specialties, Inc., et al., Civ. No. 15-6039, shall be designated the "Lead Case"; and it is further

**ORDERED** that all future filings in the consolidated matters shall be filed under the docket of the Lead Case; and it is further

**ORDERED** that the Clerk of the Court shall docket this Order in both of the individual actions; and it is further

**ORDERED** that the Clerk of the Court shall administratively terminate AstraZeneca Pharmaceuticals, LP v. Mylan Pharmaceuticals Inc., et al., Civ. No. 15-7009; and it is further

**ORDERED** that the Clerk of the Court shall identify on the docket of each individual action the Lead Case and the member case.

                                                <u>s/Renée Marie Bumb</u>
                                                RENÉE MARIE BUMB
                                                UNITED STATES DISTRICT JUDGE