IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, ASTRAZENECA AB,<br><br>Plaintiffs,<br><br>v.<br><br>AGILA SPECIALTIES, INC. f/k/a STRIDES INC., ONCO THERAPIES LIMITED, MYLAN LABORATORIES LIMITED, MYLAN INC., MYLAN PHARMACEUTICALS INC., MYLAN INSTITUTIONAL LLC,<br><br>Defendants. | Consolidated Civil Action No. 1:15-cv-06039-RMB-KMW |

**CONSENT JUDGMENT**

AstraZeneca AB, AstraZeneca UK Limited, and AstraZeneca Pharmaceuticals LP (hereinafter collectively "AstraZeneca"), and Agila Specialties, Inc., Onco Therapies Limited, Mylan Laboratories Limited, Mylan Inc., Mylan Pharmaceuticals Inc., and Mylan Institutional LLC (collectively "Mylan"), the parties in the above-captioned action, have agreed to terms and conditions representing a negotiated settlement of this action and have set forth those terms and conditions in a Settlement Agreement (the "Settlement Agreement"). Now the parties, by their respective undersigned attorneys, hereby stipulate and consent to entry of judgment and an injunction in this action as follows:

IT IS this 5th day of January, 2017:

ORDERED, ADJUDGED AND DECREED as follows:

1. This District Court has jurisdiction over the subject matter of the above action and has personal jurisdiction over the parties.

2. As used in this Consent Judgment, (i) the term "Mylan Product" shall mean a drug product sold, offered for sale or distributed pursuant to Abbreviated New Drug Application Nos. 207640 and/or 208811 (and defined in greater detail in the Settlement Agreement); and (ii) the term "Affiliate" shall mean, with respect to a Party, any entity or person that, directly or indirectly through one or more intermediaries, controls, is controlled by, or is under common control with such Party. For purposes of this definition, "control" means (a) ownership, directly or through one or more intermediaries, of (i) more than fifty percent (50%) of the shares of stock entitled to vote for the election of directors, in the case of a corporation, or (ii) more than fifty percent (50%) of the equity interests in the case of any other type of legal entity or status as a general partner in any partnership, or (b) any other arrangement whereby an entity or person has the right to elect a majority of the board of directors or equivalent governing body of a corporation or other entity or the right to direct the management and policies of a corporation or other entity.

3. Unless otherwise specifically authorized pursuant to the Settlement Agreement, Mylan, including any of its Affiliates, successors and assigns, is enjoined from infringing United States Patent Numbers 6,774,122, 7,456,160, 8,329,680 and 8,466,139, on its own part or through any Affiliate, by making, having made, using, selling, offering to sell, importing or distributing of the Mylan Product.

4. Compliance with this Consent Judgment may be enforced by AstraZeneca and its successors in interest, or assigns, as permitted by the terms of the Settlement Agreement.

5. This Court retains jurisdiction to enforce or supervise performance under this Consent Judgment and the Settlement Agreement.

6. All claims, counterclaims, affirmative defenses and demands in this action are hereby dismissed with prejudice and without costs, disbursements or attorneys' fees to any party.

Renee M. Bumb, U.S.D.J.

We hereby consent to the form and entry of this Order:

s/ John E. Flaherty
Lisa B. Pensabene
Filko Prugo
Will C. Autz
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, NY 10036
(212) 326-4481

John Edmund Flaherty
Ravin R. Patel
MCCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
(973) 622-4444

*Attorneys for AstraZeneca AB, AstraZeneca UK Limited, and AstraZeneca Pharmaceuticals LP*

s/ Arnold B. Calmann
Arnold B. Calmann
Jeffrey S. Soos
Katherine Ann Escanlar
SAIBER LLC
One Gateway Center
10th Floor
Newark, NJ 07102-5311
(973) 622-3333

Shannon M. Bloodworth
Crystal Canterbury
PERKINS COIE LLP
700 Thirteenth Street NW, Suite 600
Washington, D.C. 20005-3960
(202) 654-6200

Autumn N. Nero
PERKINS COIE LLP
1 East Main Street, Suite 201
Madison, WI 53703-5118
(608) 283-7460

*Attorneys for Agila Specialties, Inc., Onco Therapies Limited, Mylan Laboratories*

*Limited, Mylan Inc., Mylan Pharmaceuticals Inc., and Mylan Institutional LLC*